# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−25423−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Johnny Sanchez
   143 William Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−5696

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/1/17 at 11:00 AM

to consider and act upon the following:

*68* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/11/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*70* − Certification in Opposition to (related document:68 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/11/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Mark Goldman on behalf of Johnny Sanchez. (Goldman, Mark)

Dated: 5/12/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Johnny Sanchez  
     Debtor

Case No. 15-25423-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 12, 2017  
                        Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.  
db        +Johnny Sanchez,   143 William Avenue,   Jersey City, NJ 07304-1128  
cr        +Toyota Motor Credit Corporation,   C/O Buckley Madole, P.C.,   99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr        ##+Snap-On,   Amar Patel,   151 Ballentine Dr,   North Haledon, NJ 07508-2405  
                                                                                                                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:  
        David G. Beslow   on behalf of Debtor Johnny  Sanchez yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Marie-Ann  Greenberg   magecf@magtrustee.com  
        Mark  Goldman   on behalf of Debtor Johnny  Sanchez yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
        Melissa N. Licker   on behalf of Creditor   Toyota Motor Credit Corporation  
         NJ_ECF_Notices@buckleymadole.com  
                                                                                                                                                             TOTAL: 5