Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 15−25423−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Johnny Sanchez
   143 William Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−5696

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/12/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 12, 2017
JAN: rah

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-25423-VFP
Johnny Sanchez                                                        Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0312-2        User: admin              Page 1 of 2        Date Rcvd: Jun 12, 2017
                            Form ID: 148             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
```
db           +Johnny Sanchez,    143 William Avenue,    Jersey City, NJ 07304-1128
cr           +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
               Iselin, NJ 08830-2713
515865103    +Branch Brook Gardens,    National Credit Systems,    POB 312125,    Atlanta, GA 31131-2125
515687124     Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
515687125     Experian,    P.O. Box 9595,    Allen, TX 75013
515687128    +FNCC/Legacy Visa,    500 East 60th St N,    Sioux Falls, SD 57104-0478
515687127    +FNCC/Legacy Visa,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
515805605    +Midland Credit Management Inc as agent for,    Midland Funding LLC,    PO Box 2011,
               Warren MI 48090-2011
515687135    +National Credit System,    3750 Naturally Fresh Blv,    Atlanta, GA 30349-2964
515687134    +National Credit System,    Attn: Bankruptcy,    Po Box 312125,    Atlanta, GA 31131-2125
515687138    +Snap On Crdt,    Po Box 506,    Gurnee, IL 60031-0506
515687137    +Snap On Crdt,    Attn: Bankruptcy,    950 Technology Way Suite 301,
               Libertyville, IL 60048-5339
515687139    +Sst/cigpficorp,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
515687140    +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
               Trenton, NJ 08602-0269
515819031    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515687143    +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1023
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2017 22:22:50      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2017 22:22:46      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515687119     EDI: BANKAMER.COM Jun 12 2017 22:03:00      Bk Of Amer,    4161 Piedmont Parkway,
               Greensboro, NC 27410
515687118     EDI: BANKAMER.COM Jun 12 2017 22:03:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
515687121     EDI: CAPITALONE.COM Jun 12 2017 22:03:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238
515687120    +EDI: CAPITALONE.COM Jun 12 2017 22:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
515716071     EDI: CAPITALONE.COM Jun 12 2017 22:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
515687122    +E-mail/Text: Umesh.Patil@credencerm.com Jun 12 2017 22:23:27      Credence Resource Mana,
               17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
515687123    +EDI: CCS.COM Jun 12 2017 22:03:00      Credit Coll,    Po Box 9133,    Needham, MA 02494-9133
515687132     EDI: FORD.COM Jun 12 2017 22:03:00      Mazda Amer Cr,    Ford Credit,    Po Box 6275,
               Dearborn, MI 48121
515687126    +EDI: AMINFOFP.COM Jun 12 2017 22:03:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
515687130    +EDI: RMSC.COM Jun 12 2017 22:03:00      GECRB/JC Penny,    Po Box 965007,
               Orlando, FL 32896-5007
515687129    +EDI: RMSC.COM Jun 12 2017 22:03:00      GECRB/JC Penny,    Attention: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
515687131     EDI: IRS.COM Jun 12 2017 22:03:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA 19114-0326
515687133    +EDI: FORD.COM Jun 12 2017 22:03:00      Mazda Amer Cr,    9009 Caruthers Pkwy,
               Franklin, TN 37067-1704
515687136     E-mail/Text: bankruptcypgl@plaingreenloans.com Jun 12 2017 22:23:13      Plain Green,
               93 Mack Road Suite,    Box Elder, MT 59521
515869293    +EDI: JEFFERSONCAP.COM Jun 12 2017 22:04:00      Premier Bank, LLC,
               c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
515687142     EDI: TFSR.COM Jun 12 2017 22:03:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
               Parsippany, NJ 07054
515687141     EDI: TFSR.COM Jun 12 2017 22:03:00      Toyota Motor Credit Co,    Toyota Financial Services,
               Po Box 8026,    Cedar Rapids, IA 52408
515687144    +EDI: BLUESTEM Jun 12 2017 22:03:00      Webbank/fingerhut,    6250 Ridgewood Roa,
               Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 20
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515869943*   +Premier Bank, LLC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999
cr           ##+Snap-On,    Amar Patel,    151 Ballentine Dr,    North Haledon, NJ 07508-2405
515687117    ##Bergen County Probation,    Child Support Enforcement,    133 River Street,
               Hackensack, NJ 07601-7196
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jun 12, 2017
                              Form ID: 148             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
            David G. Beslow    on behalf of Debtor Johnny  Sanchez yrodriguez@goldmanlaw.org,
             yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
            Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Mark  Goldman    on behalf of Debtor Johnny  Sanchez yrodriguez@goldmanlaw.org,
             yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
            Melissa N. Licker    on behalf of Creditor   Toyota Motor Credit Corporation
             NJ_ECF_Notices@buckleymadole.com
                                                                                             TOTAL: 5
```